EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JACOB VILLALBA AND SENAIDA VILLALBA, individually and as Trustees of the VILLALBA FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01681 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JACOB VILLALBA AND SENAIDA VILLALBA, INDIVIDUALLY AND AS TRUSTEES OF THE VILLALBA FAMILY TRUST** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust, and Defendant Olin Corporation

2057424.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust   - 1**

1  hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order
2  dismissing with prejudice all claims asserted by Plaintiffs Jacob Villalba and Senaida
3  Villalba, Individually and as Trustees of the Villalba Family Trust, as to defendant Olin
4  Corporation. All parties to bear their own costs and legal fees incurred to date in this action.
5  Dated: 8/4/05

                        Respectfully submitted,

                        ALEXANDER, HAWES & AUDET, LLP

                        By: _____
                            RICHARD D ALEXANDER, Cal. Bar #48432
                            JEFFREY W/ RICKARD, Cal. Bar #125180
                            RYAN M. HAGAN, Cal Bar #200850
                            152 North Third Street, Suite 600
                            San Jose, CA 95112
                            Telephone: (408) 289-1776
                            Facsimile:  (408) 287-1776

                        Attorneys for Plaintiffs Jacob Villalba and Senaida Villalba,
                        Individually and as Trustees of the Villalba Family
                        Trust


                        HUSCH & EPPENBERGER, LLC


                        By:    /s/ Carol A. Rutter
                            THOMAS M. CARNEY, admitted *pro hac vice*
                            CAROL A. RUTTER, admitted *pro hac vice*
                            190 Carondelet Plaza, Suite 600
                            St. Louis, MO  63105-3441
                            Telephone: (314) 480-1500
                            Facsimile:  (314) 480-1505

                            RANDALL C. CREECH, Cal. Bar #65542
                            CREECH, LIEBOW & KRAUS
                            333 West San Carlos Street
                            Suite 1600
                            San Jose, CA  95110
                            Telephone: (408) 993-9911
                            Facsimile:  (408) 993-1335

                        Attorneys for Defendant Olin Corporation

2057424.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JACOB VILLALBA AND SENAIDA VILLALBA, Individually and as Trustees of the VILLALBA FAMILY TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-01681 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JACOB VILLALBA AND SENAIDA VILLALBA, INDIVIDUALLY AND AS TRUSTEES OF THE VILLALBA FAMILY TRUST** |

THIS MATTER coming on the motion of Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   /s/ Ronald M. Whyte

2057424.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jacob Villalba and Senaida Villalba, Individually and as Trustees of the Villalba Family Trust  - 4**